# UNITED STATES DISTRICT COURT
for the
District of Maryland

FILED ___ ENTERED
LODGED ___ RECEIVED

AUG 1 0 2012

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

In the Matter of the Seizure of )
*(Briefly describe the property to be seized)* )
United States Currency in the Custody of Wells ) Case No.  **12-3453SAG**
Fargo Bank, to wit: $2,200,000.00 in Account )
#7347073269 in the name of Chelsea Bowles )

## APPLICATION FOR A WARRANT
## TO SEIZE PROPERTY SUBJECT TO FORFEITURE

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the _____ District of _____Maryland_____ is subject to forfeiture to the United States of America under __21__ U.S.C. § __881(a)(6)__ *(describe the property)*:

United States Currency in the Custody of Wells Fargo Bank, to wit: $2,200,000.00 in Account #7347073269 in the name of Chelsea Bowles

The application is based on these facts:

SEE ATTACHED AFFIDAVIT OF SPECIAL AGENT BRIAN STINE

☑ Continued on the attached sheet.

*Applicant's Signature*

Brian Stine, DEA Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 07/25/2012

*Judge's signature*

City and state: Baltimore, Maryland

Stephanie Gallagher, U.S. Magistrate Judge
*Printed name and title*