# UNITED STATES DISTRICT COURT
for the

District of Maryland

AUG 2 1 2012
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| | |
|---|---|
| In the Matter of the Seizure of  )<br>*(Briefly describe the property to be seized)*  )<br>United States Currency in the Custody of Wells  )<br>Fargo Bank, to wit: $2,200,000.00 in Account  )<br>#7347073269 in the name of Chelsea Bowles  ) | Case No. **12-3453SAG** |

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____ District of ____Maryland____ be seized as being subject to forfeiture to the United States of America. The property is described as follows:
United States Currency in the Custody of Wells Fargo Bank, to wit: $2,200,000.00 in Account #7347073269 in the name of Chelsea Bowles

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before ____07/27/2012____
*(not to exceed 14 days)*

☑ in the daytime – 6:00 a.m. to 10:00 p.m.        ☐ at any time in the day or night, as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to United States Magistrate Judge _____Stephanie Gallagher_____.
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  ☐ for _____ days *(not to exceed 30).*

☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   07/25/2012  3:15pm          _____
                                                                  *Judge's signature*

City and state:   Baltimore, Maryland                 Stephanie Gallagher, United States Magistrate Judge
                                                                  *Printed name and title*

Case 1:12-mj-03453-SAG Document 4 Filed 08/21/12 Page 2 of 2
AO 109 (Rev. 12/09) Warrant to Seize Property Subject to Forfeiture (Page 2)

12-3453SAG

# Return

| Case No.: | Date and time warrant executed: 8/25/12 4pm  7/25/12 4pm | Copy of warrant and inventory left with: Michael Gonzalez |
|---|---|---|

Inventory made in the presence of: G/S Alfred Cooke

Inventory of the property taken:

Wells Fargo check for 2.2 million made out to US marshal service

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8/25/12  7/25/12

_Executing officer's signature_

BRIAN STINE S/A
_Printed name and title_